IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGELLAN GROUP INVESTMENT, LLC, | |
| Plaintiff, | No. C 05-01994 JSW |
| v. | |
| FIRST INDIGENOUS DEPOSITORY COMPANY, LLC, | **ORDER SETTING BRIEFING SCHEDULE** |
| Defendant. | |

On June 21, 2005, Plaintiff Magellan Group Investment, LLC ("Magellan") filed an *ex parte* application for a temporary restraining order against Defendant First Indigenous Depository Company, LLC ("FIDC") and for an order allowing for expedited discovery. According to the proofs of service filed by Magellan, Magellan served copies of its *ex parte* application and supporting papers by regular mail. Magellan is HEREBY ORDERED to serve FIDC with copies of Magellan's *ex parte* application and supporting papers and of this Order by facsimile by no later than 3:00 p.m. this afternoon, June 21, 2005. The Court FURTHER ORDERS that FIDC shall file and serve an opposition to Magellan's application by no later than 1:00 p.m on June 24, 2005. FIDC may serve Magellan via facsimile. FIDC shall deliver directly to chambers a copy of its opposition papers by no later than 1:30 p.m. on June 24, 2005. Upon reviewing the opposition papers, the Court will determine whether it is necessary to

conduct a hearing on Magellan's application.

**IT IS SO ORDERED.**

Dated: June 21, 2005
      /s/ Jeffrey S. White
      JEFFREY S. WHITE
      UNITED STATES DISTRICT JUDGE