IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGELLAN GROUP INVESTMENT, LLC, | |
| Plaintiff, | No. C 05-01994 JSW |
| v. | |
| FIRST INDIGENOUS DEPOSITORY COMPANY, LLC, | **ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |
| Defendant. | |

Pursuant to Local Rule 72-1, the motion for default judgment filed by plaintiff Magellan Group Investment, LLC against defendant Defendant First Indigenous Depository Company, LLC. in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation.  The hearing date noticed for October 28, 2005 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: August 5, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom