IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGELLAN GROUP INVESTMENT, INC., | No. C 05-1994 JSW (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER CONTINUING HEARING RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT** |
| FIRST INDIGENOUS DEPOSITORY COMPANY, LLC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that the Court hereby CONTINUES the hearing on Plaintiff's Motion for Default Judgment to October 6, 2005 at 10:00 a.m. Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any questions.

**IT IS SO ORDERED.**

Dated: September 12, 2005

MARIA-ELENA JAMES
United States Magistrate Judge