IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MAGELLAN GROUP INVESTMENT, LLC,

    Plaintiff,

v.

FIRST INDIGENOUS DEPOSITORY COMPANY, LLC,

    Defendant.

No. C 05-01994 JSW

**ORDER ADOPTING REPORT AND RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

The Court has reviewed Magistrate Judge Maria-Elena James' Report and Recommendation re Plaintiff's Motion for Default Judgment. The Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, default judgment is GRANTED as to Plaintiff's request for a monetary judgment, but is DENIED as to Plaintiff's request for a judgment for possession of the subject collateral. Plaintiff is awarded $543,871.21 in principal and interest through July 28, 2005 and prejudgment interest of $339.47 per day from July 29, 2005 to the entry of judgment.

**IT IS SO ORDERED.**

Dated: December 22, 2005

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE